IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CR-00013-M-RJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK DASHAWN OVERTON,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Determine Competency of Defendant [DE 26]. Based on the representations of an officer of the court, the court finds that "reasonable cause [exists] to believe that [Defendant] may presently be suffering from a mental disease or defect render him . . . unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *See* 18 U.S.C. § 4241(a). Accordingly, the motion is GRANTED.

The court therefore ORDERS that (1) Defendant submit to a psychiatric or psychological examination by a properly-qualified professional (or professionals) in a suitable facility designated by the Attorney General pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b), within a reasonable period of time, but not to exceed thirty days from the date of entry of this order; and (2) said professional(s) file a report with the court regarding the examination pursuant to 18 U.S.C. § 4241(b) an 18 U.S.C. § 4247(c) once the examination has been completed. Once Defendant's examination is complete and the report has been filed with the court and the parties, the court will schedule a hearing to adjudicate Defendant's competency to stand trial pursuant to 18 U.S.C. §

4241(c) and 18 U.S.C. § 4247(d) and will entertain further pretrial motions from the parties arising from the results of the examination.

Defendant's arraignment, trial, and all other pending deadlines in this matter are hereby CONTINUED until further order of the court. The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this __30th__ day of April, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2